Clerk's Office
Filed Date: 1/19/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   21-CR-628 (ENV) |
| NILSEN ARIAS SANDOVAL ) | |
| ————————————— ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   01/19/2022

*Defendant's signature*

*Signature of defendant's attorney*

Marc Seitles, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

HON. ERIC N. VITALIANO, U.S.D.J.
*Judge's printed name and title*