# SEALED

BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE 1/19/2022

CRIMINAL CAUSE FOR PLEADING
VIDEO APPEARANCE

DOCKET # 1:21-cr-628-ENV

Defendant                                        COUNSEL

Nilsen Arias Sandoval (called as John Doe)        Marc D. Seitles


AUSA: Clayton Solomon, David Pitluck and Adam Schwartz

Interpreter: Mario Michelena (stand-by)

COURT REPORTER: Victoria Torres-Butler

Pretrial Services Officer: n/a


X          CASE CALLED FOR PLEADING

X          DEFT SWORN

X          DEFENDANT WAIVES INDICTMENT

X          DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION

X          COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY &
           VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL
           BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 1 OF THE
           INFORMATION

 X         *MINUTES AND TRANSCRIPT SEALED- ACCESS ONLY TO COUNSEL FOR THE
           GOVERNMENT AND COUNSEL FOR THE DEFENDANT.*

COURTROOM DEPUTY: William Villanueva

Time in Court: 50 minutes