

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK:TRP
F. #2021R00742

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2023

By ECF
The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Nilsen Arias Sandoval
           Criminal Docket No. 21-628 (ENV)

Dear Judge Vitaliano:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Nilsen Arias Sandoval, has agreed to in connection with his guilty plea accepted by Your Honor on January 19, 2022. The government respectfully requests that the Court enter the enclosed Order in accordance with Fed. R. Crim. P. 32.2 (b)(2)(A), that it be orally pronounced as part of the Court's sentencing of the defendant and attached to the Judgment of Conviction.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Tanisha R. Payne
      Tanisha R. Payne
      Assistant U.S. Attorney
      (718) 254-6358

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)