IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 21-cr-00628-ENV

UNITED STATES OF AMERICA

        Plaintiff,

VS.

NILSEN ARIAS SANDOVAL,

        Defendant.
_____/

**UNOPPOSED MOTION TO AMEND BOND CONDITIONS TO PERMIT TRAVEL OUTSIDE OF THE SOUTHERN DISTRICT OF FLORIDA**

Nilsen Arias Sandoval, through counsel, files this Unopposed Motion to Amend Bond Conditions to Permit Travel Outside of the Southern District of Florida, and in support thereof states:

1. On October 27, 2021, this Court imposed a $1,000,000 surety bond.

2. Mr. Sandoval seeks permission to leave the jurisdiction and to be allowed to travel to Georgia and South Carolina from December 27th 2024 to January 3rd 2025.

3. Department of Justice Trial Attorney Clayton Solomon does not oppose this motion.

4. A full travel itinerary will be provided to Probation officer Tanya Okun prior to travel.

WHEREFORE, Mr. Sandoval respectfully requests permission to travel outside of the Southern District of Florida to Georgia and South Carolina from December 27th to January 3rd 2025.

.

Respectfully submitted,

/s/ Marc D. Seitles
Marc David Seitles, Esq.
Florid Bar No. 0178284
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
Ph: 305-403-8070
Fax: 305-403-8210
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024 a true and correct copy of the foregoing was e-filed using CM/ECF.

/s/ Marc D. Seitles
Marc David Seitles, Esq.